**2017–0677.  Cleveland Metro. Bar Assn. v. Butscher.**
Sua sponte, Alisa Carol Butscher, Attorney Registration No. 0066103, last known business address in Cleveland, Ohio, found in contempt for failure to file an affidavit of compliance on or before July 17, 2017.

*August 29, 2017*

2017-Ohio-7367.]

**2013–0915.  State v. Cepec.**
Medina C.P. No. 10CR0588. On motion for approval/payment of attorney fees by Nathan A. Ray. Motion granted. The court will consider Nathan Ray's application for attorney fees within 30 days.

If Adam M. Van Ho does not submit his application for attorney fees within 15 days, he will not be entitled to attorney fees for his work on this case.

**2016–1006.  State v. Madison.**
Cuyahoga C.P. No. CR–13–579539–A. On joint motion to supplement the record. Motion granted. The trial court shall file a copy of State's Exhibit 302–A as part of the supplemental record within 14 days.

**2017–1174.  State ex rel. Bristow v. Richland Cty. Common Pleas Court.**
In Prohibition. On relator's application for dismissal. Application granted. Cause dismissed.

*August 30, 2017*

2017-Ohio-7379.]

**2017–0938.  State v. Froman.**
Warren C.P. No. 14CR30398. On amended motion for stay of execution. Motion granted. No execution date shall be set while this appeal is pending.

**2012–1324.  Disciplinary Counsel v. Talikka.**
On application for termination of probation. The court finds that respondent has substantially complied with Gov.Bar R. V(21)(D) and with the court's order dated July 10, 2014. The probation of respondent, Leo Johnny Talikka, Attorney Registration No. 0006613, last known business address in Painesville, Ohio, is terminated.